# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: PETER KOURTIS, JR.  §  Case No. 09-74538
§
§
Debtors  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 10/16/2009.

2) The plan was confirmed on 03/05/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/22/2011, 07/27/2012, 10/05/2012, 10/12/2012, 08/09/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/04/2012, 11/05/2013.

5) The case was converted on 01/24/2014.

6) Number of months from filing or conversion to last payment: 49.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,648.38.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 32,536.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 32,536.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,857.80 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,857.80 |
| Attorney fees paid and disclosed by debtor: | $ 1,500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF JAMES H. MOORE | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,000.00 | 0.00 |
| CAPITAL ONE BANK | Sec | 400.00 | 400.00 | 400.00 | 400.00 | 0.00 |
| MILLBROOK TOWNHOME | Sec | 1,034.99 | 1,534.99 | 1,534.99 | 1,534.99 | 0.00 |
| MILLBROOK TOWNHOME | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| USBANK NATL ASSOC AS | Sec | 0.00 | 204,047.48 | 0.00 | 0.00 | 0.00 |
| USBANK NATL ASSOC AS | Sec | 18,434.37 | 18,869.27 | 18,869.27 | 18,869.27 | 0.00 |
| ABDALLAH KARAM MD SC | Uns | 482.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 19,315.31 | 11,661.15 | 11,661.15 | 839.12 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 644.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 11,448.00 | NA | NA | 0.00 | 0.00 |
| BRYANT STATE BANK | Uns | 334.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Uns | 916.09 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Uns | 643.34 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 665.00 | 665.99 | 665.99 | 47.92 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 8,801.00 | 9,017.07 | 9,017.07 | 648.84 | 0.00 |
| CORTRUST BANK | Uns | 252.00 | 376.78 | 376.78 | 27.11 | 0.00 |
| LVNV FUNDING LLC | Uns | 393.00 | 439.29 | 439.29 | 31.60 | 0.00 |
| FIRST NATIONAL CREDIT CA | Uns | 337.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HARRIS & HARRIS LTD | Uns | 19,672.21 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 288.00 | 460.79 | 460.79 | 33.16 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 10,497.97 | 10,526.77 | 0.00 | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES INC | Uns | 731.00 | NA | NA | 0.00 | 0.00 |
| LHR INC | Uns | 11,094.00 | 11,270.73 | 11,270.73 | 811.02 | 0.00 |
| LVNV FUNDING LLC | Uns | 24,918.00 | 25,489.03 | 25,489.03 | 1,834.14 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 16,435.00 | 16,902.46 | 16,902.46 | 1,216.27 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 950.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 381.00 | 116.71 | 116.71 | 8.39 | 0.00 |
| NORDSTROM FSB | Uns | 862.00 | 862.30 | 862.30 | 62.05 | 0.00 |
| DISCOVER BANK | Uns | 11,654.00 | 11,654.00 | 11,654.00 | 838.61 | 0.00 |
| PINNACLE CREDIT SERVICES | Uns | 5,052.00 | NA | NA | 0.00 | 0.00 |
| ASCENT CARD SERVICES LLC | Uns | 580.00 | 608.82 | 608.82 | 43.81 | 0.00 |
| LVNV FUNDING LLC | Uns | 18,390.99 | 18,770.31 | 18,770.31 | 1,350.67 | 0.00 |
| SUBURBAN CREDIT CORPORATION | Uns | 578.00 | NA | NA | 0.00 | 0.00 |
| THERAPEUTIC ENDOSCOPY ASSOC | Uns | 2,105.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 1,128.72 | 1,128.72 | 81.23 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 18,869.27 | $ 18,869.27 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,934.99 | $ 1,934.99 | $ 0.00 |
| **TOTAL SECURED:** | $ 20,804.26 | $ 20,804.26 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 109,424.15 | $ 7,873.94 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,857.80 |
| Disbursements to Creditors | $ 28,678.20 |
| **TOTAL DISBURSEMENTS:** | $ 32,536.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  02/11/2014        By:  /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.